UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-61734-CIV-UNGARO/O'SULLIVAN

ACCESS FOR THE DISABLED, INC.,
and ROBERT COHEN

    Plaintiffs,

v.

J.V.S. CORPORATION,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for an Order to Show Cause Why Defendant Should Not Be Held in Civil Contempt and Sanctioned for Failure to Comply with the Parties' Settlement Agreement (DE # 35, 8/27/07).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(C) (emphasis added).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendant shall file a response to Plaintiff's Motion for an Order to Show Cause Why Defendant Should Not Be Held in Civil Contempt and Sanctioned for Failure to Comply with the Parties' Settlement

Agreement (DE # 35, 8/27/07) **on or before Tuesday, October 2, 2007**. The failure to file a response may result in a recommendation that Plaintiff's Motion for an Order to Show Cause Why Defendant Should Not Be Held in Civil Contempt and Sanctioned for Failure to Comply with the Parties' Settlement Agreement (DE # 35, 8/27/07) be granted in its entirety.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **18th** day of September, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Ungaro
All counsel of record